112 So.2d 507

**Lillie BAILEY**

v.

**STATE.**

**5 Div. 709.**

Supreme Court of Alabama.

May 28, 1959.

John Patterson, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for petitioner.

Harry D. Raymon, Tuskegee, opposed.

SIMPSON, Justice.

Petition of the State for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Bailey v. State, 112 So.2d 505.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.

114 So.2d 292

**Algie BAKER, Jr.**

v.

**STATE.**

**5 Div. 716.**

Supreme Court of Alabama.

Aug. 20, 1959.

Walker & Walker, Opelika, for petitioner.

MacDonald Gallion, Atty. Gen., and Geo. D. Mentz, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Algie Baker, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Baker v. State, 114 So.2d 290.

Writ denied.

LAWSON, STAKELY and GOODWYN, JJ., concur.